**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **STEPHEN A. SCHEUERLE,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **USAA CASUALTY INSURANCE** | : | **No. 25-cv-7382** |
| **COMPANY,** | : | |
| *Defendant.* | : | |

**ORDER**

**AND NOW**, this **1st** day of **April 2026**, upon review of Defendant's Motion to Quash (ECF No. 16), Plaintiff's Response in Opposition (ECF No. 18), Defendant's Reply (ECF No. 19), and the docket, it is hereby **ORDERED** as follows:

1.  Defendant's Motion to Quash (ECF No. 16) is **GRANTED in part** and **DENIED in part**.

2.  Defendant's Motion (ECF No. 16) is **GRANTED in part** as to Paragraph No. 1 of the Subpoena.

3.  Paragraph No. 1 of the Subpoena is **MODIFIED** as follows:

    Any policies, procedures or protocol which relate to, refer to and/or reference USAA homeowner claims process procedures or protocol for handling **relating to USAA homeowner claims made in the Commonwealth of Pennsylvania between January 1, 2024 and May 23, 2025**;

4.  Defendant's Motion (ECF No. 16) is **GRANTED in part** as to Paragraph No. 2 of the Subpoena.

5.  Paragraph No. 2 of the Subpoena is **MODIFIED** as follows:

    Any policies, procedures or protocols as to the process for inspecting, documenting and reports to USAA on potential homeowner claims **relating to USAA homeowner claims made in the Commonwealth of Pennsylvania between January 1, 2024 and May 23, 2025**;

6. Defendant's Motion (ECF No. 16) is **GRANTED in part** as to Paragraph Nos. 3 and 4 of the Subpoena.

7. Paragraph No. 3 of the Subpoena is **MODIFIED** as follows:

> Any and all emails, letters, estimates, photographs, correspondence, audio recordings, telephone messages, logs, memos which relate to, refer to or reference the property at 5 Shannon Circle, Bryn Mawr, PA 19010 **between January 1, 2024 and May 23, 2025**;

8. Paragraph No. 4 of the Subpoena is **MODIFIED** as follows:

> Any and all emails, letters, estimates, photographs, investigation, inspections relating to, referring to or referencing the property at 5 Shannon Circle, Bryn Mawr, PA 19010 **between January 1, 2024 and May 23, 2025**;

9. Defendant's Motion (ECF No. 16) is **DENIED** as to Paragraph No. 5 of the Subpoena.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**

2